UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RECEIVED**
AUG 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| UNITED STATES OF AMERICA, | No. 05-30306 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00070-RRB |
| v. | |
| DETRICH COVINGTON, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED**.

Filed and entered 07/27/06



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 1 8 2006

by: Deputy Clerk